# UNITED STATES DISTRICT COURT

## District of Minnesota

State of Minnesota,  **Case No. CR 12-246 ADM**

    Plaintiff,

v.  **JUDGMENT IN A CRIMINAL CASE**

Nicole Yzaguirre,

    Defendant.

(X)  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED that this case is summarily REMANDED to the Minnesota District Court, Fourth Judicial District.

Date: October 23, 2012     RICHARD D. SLETTEN, CLERK

    s/Lori Sampson

    (By) Lori Sampson, Deputy Clerk